HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-287 GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 31, 2014, AT 9:00 A.M. |
| v. | ) |
| DEMETRI DEARTH, | ) Date: December 6, 2013 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Garland E. Burrell, Jr. |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on December 6, 2013, at 9:00 a.m., to January 31, 2014, at 9:00 a.m.

Counsel for Ms. Dearth requires time to review discovery, and to meet with her about it. Counsel also requires time to discuss resolution of the case with Ms. Dearth.

For these reasons, counsel and the defendant agree that the Court should exclude the time from December 6, 2013, through January 31, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: December 3, 2013  HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

DATED: December 3, 2013  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
LEE S. BICKLEY
Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for January 31, 2014, at 9:00 a.m. The Court orders the time from the date of the parties stipulation, up to and including January 31, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: December 3, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge